UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 18-35876 |
|---|---|---|
| Patrick W Readey | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER DENYING MOTION TO APPROVE TRIAL LOAN MODIFICATION**

For the reasons stated in open court on April 22, 2019, the motion to approve trial loan modification filed by Select Portfolio Servicing Inc. is denied as unnecessary.

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: April 22, 2019