IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re the matter of:                            NO. 18 B 35876

Patrick W. Readey                               Judge LaShonda A. Hunt

Debtors                                         Chapter 13

## AGREED ORDER CONDITIONING AUTOMATIC STAY

This cause coming on to be heard on the Motion by Cab West LLC, due and proper notice having been given, and the Court being fully advised;

IT IS HEREBY ORDERED that, if at any time during the pendency of this Chapter 13 case the Debtor's payments to Cab West LLC pursuant to the underlying lease accrues a default equal to $474.05 or more, then and in that event counsel for Cab West LLC, may send notice of said payment default to the Debtors and Debtors' attorney. Then, if said payment default or insurance default is not completely cured within fourteen days of the mailing of the aforesaid notice, *with proof of said cure being provided to Sherman & Purcell LLP*, then and in that event the restraining provisions of Section 362 of the Bankruptcy Code shall be automatically modified without further notice, hearing, or Order, to permit Cab West LLC, to take possession of and foreclose its security interest a certain 2017 Ford Escape, VIN 1FMCU9J99HUA90008, with notice of said default

IT IS FURTHER ORDERED that when the lease terminates on September 20, 2019 filed with the Court the restraining provisions of Section 362 of the Bankruptcy Code shall be automatically modified without notice, hearing, or Order, to permit Cab West LLC to take possession of and sell the 2017 Ford Escape, VIN 1FMCU9J99HUA90008.

_____
Counsel for Debtor

/s/ Christopher H. Purcell
Christopher Purcell
Sherman & Purcell LLP
120 S. LaSalle, Suite 1420
Chicago, Illinois 60603
Attorney for Cab West LLC

Enter:
LaShonda A. Hunt
_____
Bankruptcy Judge

Dated: __13 MAY 2019__