# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

## ADMINISTRATIVE ORDER
### No. 19-09

### Reassignment of Judge Pamela S. Hollis's Cases

**IT IS ORDERED** that all pending Cook County Chapter 7 and 11 cases, and any related Adversary Proceedings, on the calendar of Judge Pamela S. Hollis are reassigned to Judge David D. Cleary.

**IT IS FURTHER ORDERED** that all pending Joliet Chapter 7, Chapter 12, and Chapter 13 cases, and any related Adversary Proceedings, on the calendar of Judge Pamela S. Hollis are reassigned to Judge LaShonda A. Hunt.

**IT IS FURTHER ORDERED** that all pending Chapter 7 and Chapter 13 cases arising out of Cook County on the calendar of Judge LaShonda A. Hunt are assigned to Judge David D. Cleary.

**IT IS THEREFORE ORDERED** that the clerk is authorized to modify the court's electronic case management records to conform with the provisions of this order; and

**IT IS HEREBY ORDERED** that this order shall be effective with the close of business on January 2, 2020.

ENTERED:

A. Benjamin Goldgar
Acting Chief Bankruptcy Judge

Dated:  December 19, 2019