UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-35876 |
| Patrick W Readey | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING SHORT SALE

THIS MATTER coming to be heard on the Motion to Authorize Short Sale, the Court having jurisdiction, with dues notice having been given to all parties in interest, the Court Orders as follows:

1. The Debtor is authorized to enter into the short sale agreement for the property located at 695 Marcella Rd Des Plaines, IL 60016 for the approximate sales price of, $260,000.00.

2. The short sale is subject to approval by Select Portfolio Servicing, Inc.

3. The lien held by Alliant CU (Credit Union) will be paid at closing.

4. That the approximate amount of $3,000 in relocation funds is to be paid directly to the seller, the Debtor, Patrick W Readey and that the Debtor is allowed to retain the $3,000 in relocation funds offered by the lender Select Portfolio Servicing Inc.

5. The HUD 1/Masterstatement will be sent to the trustee within 7 days of closing.

Enter: *[signature: David D. Cleary]*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: January 06, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600